258 So.2d 554

**STATE of Louisiana ex rel.**
**Ronald Wayne GREEN**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52262.**

March 15, 1972.

In re: Ronald Wayne Green applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Application denied. The showing made reveals that relator is not entitled to the relief sought.